Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67237.—E. W. Bruno Co., Inc. v. United States, protests 59/16970, etc.   (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 3, 1962

No. 67238.—Mark Ross & Co. and Arthur J. Fritz & Co. v. United States, protest 59/29533 (San Francisco).

FORD, Judge:   The merchandise covered by the suit listed above was described on the invoice as "Mini Bachi, 4½"," and part S-67, consisting of top grill and ash grate of the Mini Bachi, all of which were assessed with duty at the rate of 17 per centum ad valorem under the provisions of paragraph 339 of the Tariff Act of 1930, as modified by the Sixth Protocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas. Dec. 150, T.D. 54108.   The items described on the invoice as part S-91, top grill of iron stove, and part S-98, top grill of iron stove, were assessed with duty at the rate of 19 per centum ad valorem under the provisions of paragraph 397 of the Tariff Act of 1930, as modified by said sixth protocol, *supra.*

Plaintiffs contend the above merchandise is properly subject to duty at 12½ per centum ad valorem under the provisions of paragraph 397 of the Tariff Act of 1930, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade, 86 Treas. Dec. 121, T.D. 52739.

The pertinent portions of the statutes involved herein are as follows:

Paragraph 339 of the Tariff Act of 1930, as modified by T.D. 54108, *supra:*

Table, household, kitchen, and hospital utensils, and hollow or flat ware, not specially provided for, whether or not containing electrical heating elements as constituent parts:

   *        *        *        *        *        *        *

    Not plated with platinum, gold, or silver, and not specially provided for, composed wholly or in chief value of—

   *        *        *        *        *        *        *

    Other base metal:

   *        *        *        *        *        *        *

      Other_____ 17% ad val.

Paragraph 397 of the Tariff Act of 1930, as modified by T.D. 54108, *supra:*

Articles or wares not specially provided for, whether partly or wholly manufactured:

   *        *        *        *        *        *        *